UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

*FILED*
SEP 30 2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Cause No. 1:16-cr- |
| v. | ) | Aiding and Assisting the Making of a False Federal Income Tax Return |
| LAJEANA R. DUNCAN, | ) | Title 26, U.S.C. § 7206(2) |
| Defendant. | ) | |

**INFORMATION**

The United States Attorney charges that:

1 16-cr- 0211 JMS -DKL

INTRODUCTION

At all times material to this Information:

1. Instant Refund Tax Service Inc., doing business as Instant Tax Service (ITS), was a tax return preparation business with multiple offices.

2. LAJEANA R. DUNCAN, the Defendant herein, was employed as a tax return preparer at an ITS office located in Marion County, Indiana.

3. In her capacity as a tax preparer, LAJEANA R. DUNCAN was responsible for the accuracy of federal income tax returns prepared by her and filed by ITS on behalf of its clients.

4. LAJEANA R. DUNCAN willfully aided and assisted in the preparation of false and fraudulent federal income tax returns for multiple clients beginning not later than 2010 and continuing until 2011.

5. As a specific means of generating false returns, LAJEANA R. DUNCAN prepared Form 1040 Schedule C forms reporting inflated business income or losses, which then resulted in unauthorized earned income credits and refunds for taxpayer clients of ITS.

6. As a result of these efforts, LAJEANA R. DUNCAN aided and assisted in the preparation of not less than 6 false federal income tax returns which were filed by ITS between 2010 and 2011, and which resulted in a loss to the Internal Revenue Service of not less than $13,492.

## CHARGE

All paragraphs of the Introduction are fully incorporated herein.

On various dates in 2011, in Marion County, in the Southern District of Indiana,

LAJEANA R. DUNCAN,

Defendant herein, did willfully aid and assist other persons in the preparation of their 2010 United States Individual Income Tax Returns, Forms 1040, which were false and fraudulent as to a material matter, that is, said returns stated that the other person had business income or losses (Line 12), earned income credits (Line 64a) and refunds due (Line 73) which statements were false, and which statements the said LAJEANA R. DUNCAN then well knew to be false. For example, the said LAJEANA R. DUNCAN aided and assisted in the preparation of a Form 1040 for taxpayer S.D., which was false and fraudulent in the manner described above and which LAJEANA R. DUNCAN caused to be filed with the Internal Revenue Service on or about the 7Th day of February, 2011.

All of which is in violation of Title 26, United States Code, Section 7206(2).

_____
JOSH J. MINKLER
United States Attorney

STATE OF INDIANA      )
                      )   SS:
COUNTY OF MARION      )

James M. Warden, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America, and that the allegations in the foregoing Information are true as he is informed and verily believes.

James M. Warden
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 30th day of September, 2016.

Guey Jen Yang
Notary Public

My Commission Expires: June 27, 2022

My County of Residence: Hendricks



GUEY JEN YANG
Notary Public, State of Indiana
Hendricks County
Commission # 653454
My Commission Expires
June 27, 2022